FILED

07/06/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0154

# IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| DEBRA ANN CHRISTIAN, as Personal Representative of the ESTATE OF CLIFFORD CHRISTIAN,<br><br>       Appellant / Plaintiff,<br><br>vs.<br><br>UNITED FIRE & CASUALTY COMPANY,<br><br>       Appellee / Defendant. | Cause No.:  DA-22-0154<br><br>Judge:<br><br>**ORDER** |

Appellant Debra Ann Christian, as Personal Representative of the Estate of Clifford Christian, having filed an *Unopposed Motion for Extension* within which to file Appellant's Opening Brief, and good cause appearing therefor;

IT IS HEREBY ORDERED that said Motion is GRANTED.  Appellant's Opening Brief is due July 29, 2022.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 6 2022